**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DARIN ANDERSON,

Plaintiff,

v.

RANGE CREDIT BUREAU, Inc., et al.

Defendants.

Civil No. 02-302 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Peter F. Barry, BARRY LAW OFFICE, 342 County Road D East, Little Canada, MN 55117 and Thomas J. Lyons, Jr., CONSUMER JUSTICE CENTER, 342 County Road D East, Little Canada, MN 55117, for plaintiff.

Patrick D. Reilly, ERSTAD & RIEMER, 8009 34th Avenue South, Suite 200, Minneapolis, MN 55425, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 29, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED MAY 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______